FEIST & FEIST, INC., RESPONDENT, v. WILLIAM P. HURLEY, APPELLANT.

Argued October 21, 1938—Decided January 13, 1939.

For the respondent, *Schotland, Harrison & Schotland.*

For the appellant, *Harry Unger.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, BODINE, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 12.

*For reversal*—HEHER, WALKER, JJ. 2.